# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Liborio Flores Garcia | Case Number: DNCW308CR000114-001 |
| | USM Number: 22639-058 |
| | Cecilia Oseguera |
| | Defendant's Attorney |

**THE DEFENDANT:**

X     pleaded guilty to count(s) 1
__     Pleaded guilty to violation(s)
__     Pleaded not guilty to count(s)
__     Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a)(1) | Concealment of Facts about Reentry | 04/24/08 | 1 |

__     Counts(s) (is)(are) dismissed on the motion of the United States.
__     Violation Notice(s) (is)(are) dismissed on the motion of the United States.
__     Found not guilty as to:

**IMPOSITION OF SENTENCE:**
1.
    Defendant Sentenced to TIME SERVED + $10.00 Assessment

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: June 17, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

Date Signed:     June 17, 2008

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal